UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAE ROBINSON,

        Plaintiff,

  v.                                      Case No. 18-C-380

CO JODI BARRETT,
DON UHERKA, and
DANIEL MARKELZ,

        Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Plaintiff Jae Robinson, who is currently representing himself and serving a state prison sentence at Waupun Correctional Institution, filed this action pursuant to 42 U.S.C. § 1983, alleging that Defendants Jodi Barrett, Don Uherka, and Daniel Markelz violated the Eighth Amendment by failing to protect him from self-harm. The court designated Magistrate Judge William E. Duffin to hear and determine any pretrial matter pending before this court in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B). Defendants filed a motion for summary judgment on November 23, 2018. On April 26, 2019, Magistrate Judge Duffin submitted his Report and Recommendation that Defendants' motion be granted. Robinson filed a timely objection on May 9, 2019, and Defendants filed a response on May 23, 2019.

Robinson's objections, as Defendants observe, is simply a rehash of the same arguments he offered in opposition to their motion for summary judgment and are addressed in Magistrate Judge Duffin's Report and Recommendation. Having considered the Report and Recommendation, Robinson's objections, and Defendants' response, the court **OVERRULES** Robinson's objections

and **ADOPTS** Magistrate Judge Duffin's Report and Recommendation in its entirety. Accordingly, Defendants' motion for summary judgment (Dkt. No. 26) is **GRANTED** and the case is dismissed. The Clerk is directed to enter judgment accordingly.

    **SO ORDERED** this  30th  day of May, 2019.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court